Joseph Lavi, Esq. (SBN 209776)
jlavi@lelawfirm.com
Vincent C. Granberry, Esq. (SBN 276483)
vgranberry@lelawfirm.com
Pooja V. Patel, Esq. (SBN 317891)
ppatel@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Attorneys for Plaintiff PASCAL MOORE
on behalf of himself and others similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASCAL MOORE, on behalf of himself and others similarly situated,<br><br>       Plaintiff,<br><br>  vs.<br><br>GATE GOURMET, INC., a Delaware Corporation; and DOES 1 to 100, inclusive,<br><br>       Defendants. | Case No.: 2:21-cv-05834-ODW-SP<br><br>*[Assigned TO Honorable Otis D. Wright II]*<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT NOTICE OF DISMISSAL** |

    **TO THE HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff PASCAL MOORE ("Plaintiff") and Defendant GATE GOURMET, INC ("Defendant"), by and through their respective attorneys of record, hereby provide notice that the above-entitled action is hereby dismissed without prejudice, with each party to bear its own fees and costs.

/ / /

/ / /

/ / /

Respectfully submitted,

DATED: JULY 29, 2022                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                                                By: */s/ Douglas Farmer*
                                                                Douglas Farmer
                                                                Attorney For Defendant Gate Gourmet, Inc.

DATED: JULY 29, 2022                    LAVI & EBRAHIMIAN, LLP

                                                                By: */s/ Pooja V Patel*
                                                                Pooja V Patel
                                                                Attorney For Plaintiff Pascal Moore

**FILER'S ATTESTATION**

Pursuant to Civil Local Rules, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: July 29, 2022                    By: */s/ Pooja V Patel*
                                                                Pooja V Patel